*E-Filed 11/7/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KEITH ALLEN LEWIS, SR.,           No. C 13-5032 RS (PR)

    Plaintiff,                       **ORDER OF DISMISSAL**

    v.

JOHN DOE,

    Defendant.

Pursuant to plaintiff's motion for voluntary dismissal (Docket No. 4), this federal civil rights action is dismissed. *See* Fed. R. Civ. P. 41(a)(1); *Hamilton v. Shearson-Lehman American Exp. Inc.*, 813 F.2d 1532, 1534–1536 (9th Cir. 1987). The dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1). The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: November 7, 2013

RICHARD SEEBORG
United States District Judge