*E-Filed 11/7/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH ALLEN LEWIS, SR., | No. C 13-5032 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

Pursuant to plaintiff's motion for voluntary dismissal (Docket No. 4), this federal civil rights action is dismissed. *See* Fed. R. Civ. P. 41(a)(1); *Hamilton v. Shearson-Lehman American Exp. Inc.*, 813 F.2d 1532, 1534–1536 (9th Cir. 1987). The dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1). The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: November 7, 2013

RICHARD SEEBORG
United States District Judge

No. C 13-5032 RS (PR)
ORDER OF DISMISSAL